# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRAN JUAN CARRILLO-ZAMARRIPA,** | : | No. 3:24cv1828 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| **WARDEN J. GREENE,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 4th day of December 2024, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus is **DISMISSED without prejudice**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Julia K. Munley*
**JUDGE JULIA K. MUNLEY**
**United States District Court**